Wayne A. **SOUSER,** Plaintiff–Appellant,

v.

Sergeant J. **ROBINSON,** Building 9; Lieutenant G. Jacobs, Building 9; L. Johnson, Nurse, Defendants–Appellees.

No. 05–7979.

United States Court of Appeals, Fourth Circuit.

Submitted: March 30, 2007.

Decided: April 27, 2007.

Wayne A. Souser, Appellant Pro Se.

Before MOTZ, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wayne A. Souser appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record, considered the Supreme Court's recent decision in *Jones v. Bock,* —— U.S. ——, 127 S.Ct. 910, 166 L.Ed.2d 798 (2007), and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Souser v. Robinson,* No. CA–05–481–2 (E.D.Va. Dec. 7, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*